(101 So. 907)

Ex parte Ed GILCHRIST. (8 Div. 694.)

(Supreme Court of Alabama. Oct. 6, 1924. Rehearing Denied Nov. 27, 1924.)

Certiorari to Court of Appeals.

S. A. Lynne, of Decatur, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Ed Gilchrist for certiorari to the Court of Appeals to review

and revise the judgment and decision of that court in the case of Gilchrist v. State, 20 Ala. App. 233, 101 So. 906.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.